UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER KENNER                                    CIVIL ACTION
A/K/A CHRISTOPHER SHABAZZ

VERSUS                                                NO. 12-1610

STEVE RADER, WARDEN                                   SECTION "A"(5)
DIXON CORRECTIONAL INSTITUTE

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Christopher Kenner a/k/a Christopher Shabazz for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE** as time-barred.

February 10, 2014

_____
UNITED STATES DISTRICT JUDGE